DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BELAFONTE LOPEZ ROSIER,**
Appellant,

v.

**JULIE JONES, SECRETARY OF DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D22-873

[May 25, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 2016CA000389.

Belafonte Lopez Rosier, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, Christopher M. Sutter, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***